UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Mark Ankcorn
                Plaintiff,

v.                                 Case No.: 1:15−cv−01303
                                            Honorable Robert M. Dow Jr.

Kohl's Corporation
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 1, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) and the joint stipulation of dismissal, Plaintiff dismisses his individual claims with prejudice and the putative class claims without prejudice, with each party to bear its own attorneys' fees and costs incurred. Any pending deadline(s) and motion(s) are stricken as moot. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.